FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 04, 2019**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN VILLA,<br><br>        Plaintiff,<br><br>v.<br><br>HISPANIC MARKETS INC.,<br><br>        Defendant. | No. 1:18-cv-03228-SMJ<br><br>**ORDER DISMISSING CASE** |

On November 27, 2019, the parties filed a stipulated dismissal, ECF No. 39. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Motion to Dismiss, with prejudice and without fees or costs, **ECF No. 39**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of December 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2